UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
[*Miami Division*]

Case No. 15-CV-23609-FAM
(Bankruptcy Case No. 12-12043-AJC)

IN RE:
Genny Marino Rodriguez,

    Debtor.
_____/

BANK OF AMERICA, N.A.,

    Appellant,

v.

GENNY MARINO RODRIGUEZ,

    Appellee.

_____/

## APPELLANT'S NOTICE OF PENDENCY OF SIMILAR ACTIONS

Pursuant to Local Rule 3.8, I certify that the instant action is related to the following pending similar actions or proceedings (appeals from Bankruptcy Court rulings of the United States Bankruptcy Court for the Southern District of Florida) before other Judges of this Court:

| Court | Case Caption | Case No. |
| --- | --- | --- |
| U.S. District Court, Southern District of Florida | *Failla et al v. CitiBank, N.A.* | 9:15-cv-80328-KAM |
| U.S. District Court, Southern District of Florida | *Dolan et al v. Carrington Mortgage Services et al* | 9:15-CV-80879-DMM |

Respectfully submitted this 1st day of December, 2015,

                                                By:  */s/ Laudy Luna Perez*
                                                    Laudy Luna Perez (FBN 044544)

CASE NO. 12-12043-AJC
Chapter 7

Email: llp@lgplaw.com
Dora F. Kaufman (FBN 0771244)
Email: dfk@lgplaw.com
Jessica B. Reyes (FBN 56894)
Email: jbr@lgplaw.com
**LIEBLER, GONZALEZ & PORTUONDO**
Courthouse Tower - 25th Floor
44 West Flagler Street
Miami, FL 33130
Tel: (305) 379-0400
Fax: (305) 379-9626
*Attorneys for Bank of America, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on 1st day of December 2015, a copy of the foregoing was served via the Court's electronic case filing system on all of those parties receiving electronic notice in the above-referenced case and via U.S. Regular Mail to the following parties:

*Debtor*
Genny Marino Rodriguez
9980 Jamaica Drive
Miami, FL 33189

*Debtor's Counsel*
Paul N. Contessa, Esq.
15321 S. Dixie Hwy, #207
Miami, FL 33157

*Debtor's Counsel*
James C. Moon, Esq.
Meland Russin & Budwick, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131

*Trustee*
Marcia T. Dunn
555 NE 15 Street, Ste 934-A
Miami, FL 33132

**CASE NO. 12-12043-AJC**
**Chapter 7**

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

          /s/ Laudy Luna Perez
          LAUDY LUNA PEREZ