UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
[*Miami Division*]

Case No. 15-CV-23609-FAM
(Bankruptcy Case No. 12-12043-AJC)

IN RE:
Genny Marino Rodriguez,

    Debtor.
_____/

BANK OF AMERICA, N.A.,

    Appellant,

v.

GENNY MARINO RODRIGUEZ,

    Appellee.

_____/

**APPELLANT'S APPENDIX TO INITIAL BRIEF**

    Pursuant to Fed R. Bankr. P. 8018(b), Appellant Bank of America, N.A. hereby files the

Appendix to its Initial Brief (ECF 8):

| Appendix No. | District Court Docket No. | Bankruptcy Court Docket No. | Description |
|---|---|---|---|
| 1 | 6-1 | | U.S. Bankruptcy Court Docket Case No. 12-12043-AJC |
| 2 | 6-2 (PP. 1-7) | 50 | Designation of Record on Appeal |
| 3 | 6-2 (PP. 8-53) | 1 | Chapter 7 Voluntary Petition Filed by Debtor Genny Marino Rodriguez (Contessa, Paul) (Entered: 01/26/2012) |
| 4 | 6-2 (PP. 54) | 8 | Declaration Under Penalty of Perjury to Accompany Petitions, Schedules and Statements Filed Electronically by Attorney Paul N Contessa Esq (Re: 1 Voluntary |

CASE NO. 12-12043-AJC
Chapter 7

| | | | |
|---|---|---|---|
| | | | Petition (Chapter 7) filed by Debtor Genny Marino Rodriguez). (Contessa, Paul) (Entered: 01/26/2012) |
| 5 | 6-2 (PP. 55-57) | 9 | BNC Certificate of Mailing (Re: 2 Meeting of Creditors to be held on 03/05/2012 at 09:00 AM at 51 SW First Ave Room 102, Miami. Objections to Discharge/Dischargeability due by 05/04/2012.) Notice Date 02/01/2012. (Admin.) (Entered: 02/02/2012) |
| 6 | 6-2 (PP. 58-60) | 11 | Meeting of Creditors Held and Concluded. Chapter 7 Trustee's Report of No Distribution: I, Marcia T Dunn, having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above named debtor(s) has been fully administered. I request that I be discharged from any further duties as trustee. Debtor appeared. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 1 months. Assets Abandoned (without deducting any secured claims): $151463.00, Assets Exempt: $5922.12, Claims Scheduled: $286771.69, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): $286771.69. (Dunn, Marcia) (Entered: 03/06/2012) |
| 7 | 6-2 (PP. 60-61) | 22 | Order Discharging Debtor (Admin) (Entered: 05/07/2012) |

CASE NO. 12-12043-AJC
Chapter 7

| 8 | 6-2 (PP. 62-66) | 23 | BNC Certificate of Mailing - Order of Discharge (Re: 22 Order Discharging Debtor) Notice Date 05/09/2012. (Admin.) (Entered: 05/10/2012) |
| --- | --- | --- | --- |
| 9 | 6-2 (P. 67) | 24 | Final Decree and Discharge of Trustee. Bankruptcy Case Closed. (Admin.) (Entered: 05/10/2012) |
| 10 | 6-2 (PP. 68-130) | 25 | Motion to Reopen Chapter 7 Case to Compel Debtor To Surrender The Real Property Located at 9980 Jamaica Drive, FL 33189 Filed by Creditor Bank of America, N.A. (Attachments: # 1 Exhibit Exhibit A & Composite Exhibit B # 2 Exhibit Composite C) (Luna, Laudy) (Entered: 06/15/2015) |
| 11 | 6-2 (P. 131) | 26 | Notice of Hearing (Re: 25 Motion to Reopen Chapter 7 Case to Compel Debtor To Surrender The Real Property Located at 9980 Jamaica Drive, FL 33189 [Fee Amount $260] [cal] Filed by Creditor Bank of America, N.A.. (Attachments: # 1 Exhibit Exhibit A & Composite Exhibit B # 2 Exhibit Composite C)) Hearing scheduled for 07/07/2015 at 11:00 AM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 7 (AJC), Miami, FL 33128. (Cargill, Barbara) (Entered: 06/16/2015) |
| 12 | 6-2 (PP. 132-135) | 27 | Notice of Filing Correspondence dated April 23, 2015, Filed by Creditor Bank of America, N.A. (Re: 25 Motion to Reopen Ch 7 Case). (Attachments: # 1 Email Correspondence dated April 23, 2015) (Luna, Laudy) (Entered: 06/16/2015) |
| 13 | 6-2 (PP. 136-137) | 28 | Certificate of Service Notice of Hearing [ECF 26] Filed by Creditor Bank of America, N.A. (Re: 26 Notice of Hearing). (Luna, Laudy) (Entered: 06/16/2015) |
| 14 | 6-2 (PP. 138-141) | 29 | Motion to Expedite Hearing on (26 Notice of Hearing (Re: 25 Motion to Reopen Chapter 7 Case to Compel Debtor To Surrender The Real Property Located at 9980 Jamaica Drive, FL 33189 [Fee Amount $260] [cal] Filed by Creditor Bank of America, N.A.. (Attachments: # 1 Exhibit |

CASE NO. 12-12043-AJC
Chapter 7

| | | | |
|---|---|---|---|
| | | | Exhibit A & Composite Exhibit B # 2 Exhibit Composite C)) Hearing scheduled for 07/07/2015 at 11:00 AM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 7 (AJC), Miami, FL 33128.) Filed by Creditor Bank of America, N.A. (Luna, Laudy) (Entered: 06/16/2015) |
| 15 | 6-2 (PP. 142-143) | 30 | Order Granting Motion Expedited Hearing on Motion to Reopen Case To Compel Debtor Surrender Real Property Located at 9980 Jamaica Drive, FL 33189 (Re: 29) Hearing scheduled for 06/30/2015 at 11:00 AM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 7 (AJC), Miami, FL 33128. (Catala, Nilda) (Entered: 06/17/2015) |
| 16 | 6-2 (PP. 144-147) | 31 | Certificate of Service Filed by Creditor Bank of America, N.A. (Re: 30 Order on Motion to Expedite Hearing). (Reyes, Jessica) (Entered: 06/18/2015) |
| 17 | 6-2 (PP. 148-150) | 32 | BNC Certificate of Mailing - PDF Document (Re: 30 Order Granting Motion Expedited Hearing on Motion to Reopen Case To Compel Debtor Surrender Real Property Located at 9980 Jamaica Drive, FL 33189 (Re: 29) Hearing scheduled for 06/30/2015 at 11:00 AM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 7 (AJC), Miami, FL 33128.) Notice Date 06/20/2015. (Admin.) (Entered: 06/21/2015) |
| 18 | 6-2 (PP. 151-153) | 33 | Notice of Appearance and Request for Service by James C. Moon Esq Filed by Special Counsel James Moon, Esquire. (Moon, James) (Entered: 07/08/2015) |
| 19 | 6-2 (PP. 154-254) | 34 | Supplemental Memorandum of Law in Support Filed by Creditor Bank of America, N.A. (Re: 25 Motion to Reopen Chapter 7 Case to Compel Debtor To Surrender The Real Property Located at 9980 Jamaica Drive, FL 33189 [Fee Amount $260] filed by Creditor Bank of America, N.A.). (Attachments: # 1 Exhibit 1 - Amended Schedules # 2 Exhibit 2 - 21 Assets Motion |

CASE NO. 12-12043-AJC
Chapter 7

|   |   |   |   |
|---|---|---|---|
|   |   |   | to Compel # 3 Exhibit 3 - Trussel's Response # 4 Exhibit 3 Part 2 - POC 5-1) (Luna, Laudy) (Entered: 07/15/2015) |
| 20 | 6-2 (PP. 255-276) | 35 | Transcript of Proceedings held June 30, 2015 |
| 21 | 6-2 (PP. 277-285) | 37 | Order Denying (Re: 25 Motion to Reopen Ch 7 Case To Compel Debtor To Surrender The Real Property filed by Creditor Bank of America, N.A.). (Garcia, Nelly) (Entered: 08/13/2015) |
| 22 | 6-2 (PP. 286-295) | 38 | BNC Certificate of Mailing - PDF Document (Re: 37 Order Denying (Re: 25 Motion to Reopen Ch 7 Case To Compel Debtor To Surrender The Real Property filed by Creditor Bank of America, N.A.).) Notice Date 08/15/2015. (Admin.) (Entered: 08/16/2015) |
| 23 | 6-2 (PP. 296-352) | 39 | Motion to Reconsider, For Rehearing, To Alter and Amend, and For Additional Relief From the Court's Order Denying Motion to ReOpen Case to Compel Surrender of the Real Property at 9980 Jamaica Drive, Miami, Florida 33189 (Re: 37 Memorandum Decision/Opinion), Motion to Vacate (Re: 37 Memorandum Decision/Opinion) Filed by Creditor Bank of America, N.A.. (Attachments: # 1 Exhibit A # 2 Exhibit Composite B # 3 Exhibit C) (Luna, Laudy) (Entered: 08/27/2015) |
| 24 | 6-2 (PP. 353-354) | 40 | Certificate of Service Filed by Creditor Bank of America, N.A. (Re: 39 Motion to Reconsider (Re: 37 Memorandum Decision/Opinion) For Rehearing, To Alter and Amend, and For Additional Relief From the Court's Order Denying Motion to ReOpen Case to Compel Surrender of the Real Property at 9980 Jamaica Drive, Miami filed by Creditor Bank of America, N.A., Motion to Vacate (Re: 37 Memorandum Decision/Opinion)). (Luna, Laudy) (Entered: 08/27/2015) |
| 25 | 6-2 (PP. 355-357) | 41 | Order Denying Motion For Rehearing (Re: # 39) (Catala, Nilda) (Entered: 09/14/2015) |

CASE NO. 12-12043-AJC
Chapter 7

| 26 | 6-2 (PP. 358-361) | 42 | BNC Certificate of Mailing - PDF Document (Re: 41 Order Denying Motion For Rehearing (Re: 39)) Notice Date 09/16/2015. (Admin.) (Entered: 09/17/2015) |
|---|---|---|---|
| 27 | 6-2 (PP. 362-376) | 43 | Notice of Appeal and Election to Appeal Filed by Creditor Bank of America, N.A. (Re: 37 Order Denying (Re: 25 Motion to Reopen Ch 7 Case To Compel Debtor To Surrender The Real Property filed by Creditor Bank of America, N.A.)., 41 Order Denying Motion For Rehearing (Re: 39)). (Attachments: # 1 Order dated August 31, 2015 (ECF 37) # 2 Order dated September 14, 2015 (ECF 41)) [Fee Amount $298] (Luna, Laudy) Appellant Designation due 10/8/2015. (Entered: 09/24/2015) |
| 28 | 6-2 (PP. 377-394) | 44 | Clerk's Notice of Mailing of (Re: 43 Notice of Appeal and Election to Appeal Filed by Creditor Bank of America, N.A. (Re: 37 Order Denying (Re: 25 Motion to Reopen Ch 7 Case To Compel Debtor To Surrender The Real Property filed by Creditor Bank of America, N.A.)., 41 Order Denying Motion For Rehearing (Re: 39)). (Attachments: # 1 Order dated August 31, 2015 (ECF 37) # 2 Order dated September 14, 2015 (ECF 41)) [Fee Amount $298] (Luna, Laudy) Appellant Designation due 10/8/2015.) (Langohr, Christa) (Entered: 09/25/2015) |
| 29 | 6-2 (PP.395-398) | 45 | BNC Certificate of Mailing (Re: 44 Clerk's Notice of Mailing of (Re: 43 Notice of Appeal and Election to Appeal Filed by Creditor Bank of America, N.A. (Re: 37 Order Denying (Re: 25 Motion to Reopen Ch 7 Case To Compel Debtor To Surrender The Real Property filed by Creditor Bank of America, N.A.)., 41 Order Denying Motion For Rehearing (Re: 39)). (Attachments: # 1 Order dated August 31, 2015 (ECF 37) # 2 Order dated September 14, 2015 (ECF 41)) [Fee Amount $298] (Luna, Laudy) Appellant Designation due 10/8/2015.)) Notice Date 09/27/2015. (Admin.) (Entered: 09/28/2015) |
| 30 | 6-2 (PP. 399-414) | 46 | BNC Certificate of Mailing - PDF Document (Re: 44 Clerk's Notice of Mailing |

-6-
LIEBLER, GONZALEZ & PORTUONDO
Courthouse Tower - 25th Floor, 44 West Flagler Street, Miami, FL 33130   (305) 379-0400

CASE NO. 12-12043-AJC
Chapter 7

| | | | |
|---|---|---|---|
| | | | of (Re: 43 Notice of Appeal and Election to Appeal Filed by Creditor Bank of America, N.A. (Re: 37 Order Denying (Re: 25 Motion to Reopen Ch 7 Case To Compel Debtor To Surrender The Real Property filed by Creditor Bank of America, N.A.)., 41 Order Denying Motion For Rehearing (Re: 39)). (Attachments: # 1 Order dated August 31, 2015 (ECF 37) # 2 Order dated September 14, 2015 (ECF 41)) [Fee Amount $298] (Luna, Laudy) Appellant Designation due 10/8/2015.)) Notice Date 09/27/2015. (Admin.) (Entered: 09/28/2015) |
| 31 | 6-2 (PP. 415-416) | 47 | Transmittal to US District Court (Re: 43 Notice of Appeal and Election to Appeal Filed by Creditor Bank of America, N.A. (Re: 37 Order Denying (Re: 25 Motion to Reopen Ch 7 Case To Compel Debtor To Surrender The Real Property filed by Creditor Bank of America, N.A.)., 41 Order Denying Motion For Rehearing (Re: 39)). (Attachments: # 1 Order dated August 31, 2015 (ECF 37) # 2 Order dated September 14, 2015 (ECF 41)) [Fee Amount $298] (Luna, Laudy) (Gutierrez, Susan) (Entered: 09/28/2015) |
| 32 | 6-3 | 49 | Statement of Issue on Appeal |

Respectfully submitted this 1st day of December, 2015,

By: */s/ Laudy Luna Perez*
Laudy Luna Perez (FBN 044544)
Email: llp@lgplaw.com
Dora F. Kaufman (FBN 0771244)
Email: dfk@lgplaw.com
Jessica B. Reyes (FBN 56894)
Email: jbr@lgplaw.com
**LIEBLER, GONZALEZ & PORTUONDO**
Courthouse Tower - 25th Floor
44 West Flagler Street
Miami, FL 33130
Tel: (305) 379-0400
Fax: (305) 379-9626
*Attorneys for Bank of America, N.A.*

CASE NO. 12-12043-AJC
Chapter 7

# CERTIFICATE OF SERVICE

I hereby certify that on 1st day of December 2015, a copy of the *Appendix* was served via the Court's electronic case filing system on all of those parties receiving electronic notice in the above-referenced case and via U.S. Regular Mail to the following parties:

*Debtor*
Genny Marino Rodriguez
9980 Jamaica Drive
Miami, FL 33189

*Debtor's Counsel*
Paul N. Contessa, Esq.
15321 S. Dixie Hwy, #207
Miami, FL 33157

*Debtor's Counsel*
James C. Moon, Esq.
Meland Russin & Budwick, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131

*Trustee*
Marcia T. Dunn
555 NE 15 Street, Ste 934-A
Miami, FL 33132

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

/s/ Laudy Luna Perez
LAUDY LUNA PEREZ